```
Employer   . . . . . :         BILLINGS CLINIC
Employee   . . . . . :  332833                RAUSCHENDORFER, TARA D
Tax ID     . . . . . :
Cycle      . . . . . :  BIWEK            Pay Type     . . . . :  H
Frequency  . . . . . :  B                Base Rate    . . . . :        12.5000
YTD Gross Pay  . . . :         13,525.88 Sel. Gross Pay . . . :        25,363.36
YTD Net Pay    . . . :             45.38 Selected Net Pay:                405.82

Begin Chk. Date :                        Ending Chk. Date:
Income Code . . :                        Deduction Code. :
Clr/Vd/Esc Status
7/20/2009 CLEARD
```

| | Acct# | Check No. | Check Date | Gross Pay | Check Amt. | Opt |
|---|---|---|---|---|---|---|
| | 10275 | 125288 | 7/03/2009 | 67.38 | 45.38 | — |
| *DD01 | | 738047 | 6/19/2009 | 1097.40 | .00 | — |
| *DD01 | | 734942 | 6/05/2009 | 601.26 | .00 | — |
| *DD01 | | 731841 | 5/22/2009 | 1022.13 | .00 | — |
| *DD01 | | 728696 | 5/08/2009 | 1175.61 | .00 | — |
| *DD01 | | 725543 | 4/24/2009 | 1174.76 | .00 | — |
| *DD01 | | 722390 | 4/10/2009 | 1122.68 | .00 | — |
| *DD01 | | 719057 | 3/27/2009 | 1004.82 | .00 | + |

```
F3=Exit    F8=Print         F10=Access
```

```
8/04/09  15:08:06                    Checks Display                         PYGPI10    PYDPI10

Employer . . . . . :  BILLINGS CLINIC
Employee . . . . . :  332833    RAUSCHENDORFER,TARA D
Tax ID . . . . . . :  ▓▓▓▓▓▓▓▓▓
Cycle  . . . . . . :  B
Frequency  . . . . :  BIWEK           Pay Type . . . . :  H
YTD Gross Pay  . . :       13,525.88  Base Rate  . . . :      12.5000
YTD Net Pay  . . . :           45.38  Sel. Gross Pay . :   25,363.36
                                      Selected Net Pay:       405.82

Begin Chk. Date :                     Ending Chk. Date:
Income Code . . :                     Deduction Code. :
Clr/Vd/Esc Status    Acct#  Check No. Check Date    Gross Pay    Check Amt. Opt
                    *DD01    715897   3/13/2009        938.50          .00   -
                    *DD01    712711   2/27/2009        988.07          .00   -
                    *DD01    709523   2/13/2009        989.14          .00   -
                    *DD01    706338   1/30/2009       1217.18          .00   -
                    *DD01    703141   1/16/2009        995.38          .00   -
                    *DD01    699959   1/02/2009       1131.57          .00   -
                    *DD01    696814   12/19/2008       702.75          .00   -
                    *DD01    693654   12/05/2008      1022.95          .00   +

F3=Exit    F8=Print     F10=Access
```

09-61936-RBK   Doc#: 4   Filed: 09/25/09   Page 2 of 2